IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARNER BROS. RECORD CO., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.     ) | C.A. No. 07-287 Erie |
| ) | District Judge McLaughlin |
| DOES 1-2, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

McLAUGHLIN, SEAN J., J.

And now, this 25th day of October 2007, upon consideration of Plaintiff's Ex Parte Application for Leave to Take Immediate Discovery, it is hereby ORDERED that:

Plaintiffs may serve immediate discovery on Allegheny College to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant.  The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

Plaintiffs shall serve upon Allegheny College a copy of this Court's order along with the subpoena. Allegheny College shall have until November 16, 2007 to (1) notify the Doe Defendants that it intends to disclose the requested ISP identifying information to Plaintiffs; and (2) to send the Doe Defendants a copy of the subpoena and this Court's order, via electronic means or otherwise.

If Allegheny College or the Doe Defendants wish to move to quash the subpoena, they must do so by filing a motion in this Court on or before December 3, 2007.

The information disclosed to Plaintiffs in response to the Rule 45 subpoena will be used by Plaintiffs solely for the purpose of protecting their rights under the Copyright Act.

/s/ Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge

cc:     all parties of record _____