IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCT OF PENNSYLVANIA

WARNER BROS. RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, LLC, a Delaware Limited Liability Company; UMG RECORDINGS, INC., a Delaware Corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

        Plaintiffs,

vs.

Jeremy Walker

        Defendant.

Civil Action No.: 1:07:cv-00287-SJM

**ANSWER PRESENTING DEFENSES UNDER RULE 12(B)**

AND NOW comes the Defendant, Jeremy Walker, by and through his attorney, Michael E. Hughes, files the following ANSWER PRESENTING DEFENSES UNDER RULE 12(b):

1. Admitted.

2. Admitted.

3. Defendant denies that he committed any acts of infringement within this or any other District. The remaining allegations of this paragraph are admitted.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

10. Paragraph 10 is an incorporation paragraph, no response is required.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

12. The allegation of this paragraph constitutes a conclusion of law to which no response is required.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

14. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.

15. The allegations of this paragraph are denied, strict proof of same is demanded at trial.

16. The allegations of this paragraph are denied, strict proof of same is demanded at trial.

17. To the extent that this paragraph alleges published copies of the sound recordings identified in Exhibit A were accessible to the defendant, the allegation is

denied and strict proof of same is demanded at trial; Defendant lacks knowledge or information sufficient to form a belief about the truth of this remainder of this allegation.

18.    The allegations of this paragraph are denied, strict proof of same is demanded at trial.

19.    This allegation constitutes a conclusion of law to which no responsive pleading is required; to the extent the court deems any response necessary, the allegations of this paragraph are denied.

20.    To the extent this paragraph alleges Defendant's conduct is causing Plaintiff harm, the allegation is denied and strict proof of same is demanded a trial; the remaining portion of this allegation constitutes a conclusion of law to which no responsive pleading is required, to the extent the court deems any response necessary, the remaining allegations of this paragraph are denied.

### FAILURE TO STATE A CLAIM

21.    The Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant respectfully requests that this honorable court dismiss the Amended Complaint with prejudice.

Respectfully submitted,

Dated: 7/7/08

Michael E. Hughes,
Attorney for Defendant, Jeremy Walker
THE LAW OFFICE OF MICHAEL E. HUGHES, LLC
100 Fifth Avenue
Suite 516
Pittsburgh, PA 15222
Tel:    (412) 281-9104
Fax:    (866) 462-2082

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2008, a true and correct copy of the within **ANSWER PRESENTING DEFENSES UNDER RULE 12(B)** was served by electronic filing and/or first class mail, postage prepaid, to and upon the following:

Geoffrey L. Beauchamp, Esq.
Geoffrey L. Beauchamp, P.C.
1015 York Road
Willow Grove, PA 19090

Michael E. Hughes,
Attorney for Defendant, Jeremy Walker
THE LAW OFFICE OF MICHAEL E. HUGHES, LLC
100 Fifth Avenue
Suite 516
Pittsburgh, PA 15222
Tel:   (412) 281-9104
Fax:   (866) 462-2082