# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> Jeremy Walker, <br><br> Defendant. | **ELECTRONICALLY FILED** <br><br> CIVIL ACTION NO. 1:07-cv-00287-SJM |

## NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Judgment Creditors; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT obtained a Judgment against Judgment Debtor Jeremy Walker.

2. The Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Judgment.

Dated: December 16, 2015     By:   s/ Timothy M. Reynolds
                                   Timothy M. Reynolds, Admitted Pro Hac Vice
                                   Bryan Cave LLP
                                   1700 Lincoln Street, Suite 4100
                                   Denver, CO 80203-4541
                                   Telephone: (303) 861-7000
                                   Facsimile: (303) 866-0200
                                   E-mail: timothy.reynolds@byancave.com

                                   Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT** has been served using the CM/ECF system, which will send notification of such filing to the following on this 16th day of December, 2015:

>Michael E Hughes
>100 5th Ave.
>Suite 516
>Pittsburgh, PA 15222
>
>*Attorney for Defendant*

Dated:   December 16, 2015   By:   s/ Timothy M. Reynolds
                                    Timothy M. Reynolds, Admitted Pro Hac Vice